UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) TREA LANKFORD, a/k/a "Montana," a/k/a "Heffna Boss Don," a/k/a "Tre Cain,"<br>(2) AVERY LEWIS, a/k/a "Wave,"<br>(3) DENNIS WILSON, a/k/a "Deuce," a/k/a "Deep Jhonenson,"<br>(4) MARK LINNEHAN, and<br>(5) ERIC CELESTINO,<br><br>Defendants | Criminal No.   24cr10252<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 40 Grams and More of Fentanyl, Cocaine, and Cocaine Base (21 U.S.C. §§ 846 and 841(b)(1)(B)(vi))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
40 Grams and More of Fentanyl, Cocaine, and Cocaine Base
(21 U.S.C. §§ 846 and 841(b)(1)(B)(vi))

The Grand Jury charges:

Beginning on a date unknown to the Grand Jury, but no later than in or about January 2022, and continuing through at least in or about September 2022, in Boston, in the District of Massachusetts, and elsewhere, the defendants,

>   (1) TREA LANKFORD, a/k/a "Montana," a/k/a "Heffna Boss Don," a/k/a "Tre Cain,"
>   (2) AVERY LEWIS, a/k/a "Wave,"
>   (3) DENNIS WILSON, a/k/a "Deuce," a/k/a "Deep Jhonenson,"
>   (4) MARK LINNEHAN, and
>   (5) ERIC CELESTINO,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propenamide, also known as fentanyl, a Schedule II controlled substance, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 40 grams and more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 40 grams and more of a mixture and substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, defendants (1) TREA LANKFORD, a/k/a "Montana," a/k/a "Heffna Boss Don," a/k/a "Tre Cain," and (4) MARK LINNEHAN.

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction of the offense in violation of Title 21, United States Code, Section 846, set forth in Count One, the defendants,

> (1) TREA LANKFORD, a/k/a "Montana," a/k/a "Heffna Boss Don," a/k/a "Tre Cain,"
> (2) AVERY LEWIS, a/k/a "Wave,"
> (3) DENNIS WILSON, a/k/a "Deuce," a/k/a "Deep Jhonenson,"
> (4) MARK LINNEHAN, and
> (5) ERIC CELESTINO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*Peter J. Mattera*
FOREPERSON

*Fred M. Wyshak, III*
FRED M. WYSHAK, III
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: August 21, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK
at 12:49 PM