Dear Judge Kelly

I deeply apologize that I must keep writting you I tried to give paul a chance I really did but I see nothing getting better so if we can, can we please move to getting me a new Lawyer I have yet been braught back into court for my bail hearing and mr garrity has had the address for a while he still has my property keeps telling my family to call him and when they do he's not picking up I want to go forward with getting a new lawyer for I feel mr garritys mind is else where and not on my case when he do come visit me he says nothing about my case at all im doing all the talking please get me a new lawyer I have a address had a painter job writting for me thats prolly gone now due to no progress Im missing canteen week by week due to him not giving my family my property I even told him he could send in the mail been asking to go to wyatt so I could atleast video call my kids nothing is being done I will like a new lawyer please sorry for the letters hope your holidays are blessed Blessings

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Your Full Name / Su Nombre Lleno
Trea Lan[illegible]

ID#: B5502[?]

Unit & Room #: [illegible]
La unidad y Número del Cuarto

THIS CORRESPONDENCE IS FORWARDED FROM THE PLYMOUTH COUNTY CORRECTIONAL FACILITY. THE CONTENTS MAY NOT HAVE BEEN EVALUATED AND THE PLYMOUTH COUNTY SHERIFF'S DEPARTMENT IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED MATERIAL.

USMS OPENED

4 NOV 2024 PM 2 L

Judge Kelly
1 Courthouse way, suite 2300
Boston MA 02210

02210-300475